```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
LEOPARD SOLUTIONS LLC,                                             :
                                                                   :
                              Plaintiff,                           :
                                                                   :
                -v-                                                :    24 Civ. 7628 (JPC)
                                                                   :
JIGSAW TECH LTD,                                                   :    ORDER
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff Leopard Solutions LLC is directed to file a disclosure statement under Federal Rule of Civil Procedure 7.1 that names each of its members and identifies their respective citizenships on a member-by-member basis. *See* Fed. R. Civ. P. 7.1(a)(2)(A). Plaintiff shall file that disclosure statement on or before November 8, 2024. On or before November 15, 2024, Defendant Jigsaw Tech Ltd. shall file a supplemental memorandum setting forth its position as to whether Plaintiff's disclosure statement suffices to establish complete diversity of citizenship at this stage of the proceedings.

      SO ORDERED.

Dated: October 25, 2024
       New York, New York

                                                              JOHN P. CRONAN
                                                      United States District Judge